UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ARDELL SMITH,

          Plaintiff,

   v.

SACRAMENTO SHERIFF'S DEPT.,

          Defendant.

No.  2:14-cv-2338 KJN P

ORDER TO SHOW CAUSE

     Plaintiff is a state prisoner proceeding without counsel.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On October 24, 2014, plaintiff was ordered to file a completed in forma pauperis affidavit within thirty days, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not filed an in forma pauperis affidavit or otherwise responded to the court's order.  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed.  See Local Rule 110; Fed. R. Civ. P. 41(b)..

Dated:  December 9, 2014

/smit2338.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1