UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ARDELL SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO SHERIFF'S DEPT.,<br><br>   Defendant. | No.  2:14-cv-2338 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By order filed December 9, 2014, plaintiff was ordered to show cause, within fourteen days, why this action should not be dismissed.  The fourteen day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  January 8, 2015

/smit2338.fsc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1